**Order entered September 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

---

**No. 05-22-00771-CV**

---

**LASHONDA SMITH, Appellant**

**V.**

**ROY GONZALEZ, III, Appellee**

---

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11456**

---

**ORDER**

Appellant's docketing statement reflects that appellee has filed for bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE